1

Sacha Medina
5411 San Joaquin Plaza

2

Newport Beach CA 92660
734-945-0923

3

Petitioner and Defendant, In Pro Se

**F I L E D**
CLERK, U.S. DISTRICT COURT

6/1/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

4

Ifp

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT, CALIFORNIA, SOUTHERN DIVISION

10

11

Villas at Fashion Island LLC,

NO.   8:21-cv-00980 DOC (DFMx)

12

Plaintiff,

13

vs.

Orange County Superior Court,
Central Justice Center District
Case # 30-2021-01179617-CU-UD-CJC

Sacha Medina, Does 1-10,

14

Defendants

NOTICE OF REMOVAL
[28 USC 1441,1446(d)]
[Calif. CCP 430.90]

15

16

17

Defendant Sacha Medina alleges:

18

19

**Parties and Counsel**

20

1. Defendant Sacha Medina and Plaintiff Villas at Fashion Island, LLC, are those parties in a

21

California State Court case filed in the Central Justice Center, in Orange County, California,

22

concerning real property located at 5411 San Joaquin Plaza, Newport Beach CA 92660

23

[hereafter "premises"], within this court's jurisdiction.

24

2. Defendant is the residential tenant of Plaintiff in the premises.

25

3. Defendant is informed and believes that Plaintiff owns the premises subject to a federally

26

backed mortgage loan, who has been granted forbearance, such that under Section 4023(d)of the

27

CARES Act ["Renter protections during forbearance period"], federal law precludes Plaintiff

28

from filing this action for nonpayment, and giving less than 30 days' notice of termination prior to expiration of the forbearance period, which has yet to occur, or in the alternative, Defendants are informed and believe that Plaintiff owns the premises subject to a federally backed mortgage loan, the Violence Against Women Act of 1994, and/or the rural housing voucher program of the Housing Act of 1949 (§542), who has been granted forbearance, such that under Section 4024(b)] of the CARES Act ["Moratorium"], federal law prohibits filing an eviction action for nonpayment, serving less than a 30-day notice of termination or any sooner than expiration of the forbearance period, which has yet to occur.

4.  Plaintiff is represented by local counsel in the State Court action, E. Wallace; A. Hoang; D. Richardson, at RWC, LLP.

**Federal Question**

5. Plaintiff has actually filed a Federal Question action in State Court, for which the State Court action is removed under 28 U.S.C.  1441 *et seq*. and *Hunter v. Philip Morris USA,* 582 F.3d 1039, 1042 (9th Cir.2009); 28 USC 1331.

6.  The CARES Act enacted January 3, 2020, *preempts* State law as to tenants of landlords who enjoy the forbearance agreement, as to their ability to evict a tenant in violation of the CARES Act. *[Florida Lime & Avocado Growers, Inc. v. Paul*, 373 U.S. 132, 142-43 (1963) (concept of limited preemption)]:

  a. The cause of action for such a landlord  requires allegations of compliance with the CARES Act as to the expiration of the Forbearance period, service of at least 30 days' notice of termination, and compliance with the moratorium period, in addition to the other prima facie allegations.

  b.Whereas under California law, a landlord who has obtained a forbearance agreement to postpone his mortgage payments could still evict the tenants, even though prohibited by the CARES Act.

  c. Whereas under California law, a mere 3-day notice to pay or quit is sufficient, despite the CARES Act 30-day notice requirement, even for nonpayment of rent or other charges.

d.  The cause of action for evicting a tenant framed by the CARES Act is for ejectment under federal law, due to this change in the law.

7. The Complaint in this action was filed in State Court as artful pleading, entitled by the State Court as Unlawful Detainer, the State Court name, but alleging the right to possession under only California law.

8.  The Notice to Pay or Quit upon which the Complaint is based fails to satisfy the CARES Act requirements, and must be resolved in federal court.

 9.  A well-pleaded complaint is shown at least where the Plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law. *Armstrong v. N. Mariana Islands,* 576 F.3d 950, 954-55 (9th Cir.2009); *Empire Healthcare Assurance v. McVeigh*  547 US 677, 689-690 (2006); *Franchise Tax Bd. v. Const. Laborers Vacatoin Trust for S. Cal.*463 US 1, 12, 27-28 (1983). Here, the Complaint must be based upon the CARES Act, but it was brought in State court, and misnamed "unlawful detainer."

10. Even where the cause of action is based on state law, the district court has subject matter jurisdiction over the case if (1) the federal issues are essential to the claims, (2) there is a substantial federal interest in resolving such issues, and (3) a federal forum may entertain the state law claims without disturbing the balance of federal and state judicial responsibilities. *Grable & Sons Metal Prods v. Darue Eng.r & Mfg*. 545 US 308, 313, 315 (2005).

11. Here, the CARES Act is  essential to the right of possession, Congress passed it to express its substantial interest in such issues, and the "balance" of  judicial responsibilities will not be disturbed. Petitioner's rights to possession require application of the CARES Act , because California law is now superceded by the CARES Act..

12. Stripped of the artful pleading [*Arco Envtl. Remediation LLC v. Dept of Health and Envtl Quality* 213 Fed 3d 1108, 1114 (9th, 2000)], the Complaint attempts to state a cause of action in ejectment, and cannot state a federal cause of action. The CARES Act  is that substantial question of law. The Plaintiff cannot defeat removal by omitting necessary federal questions in the Complaint.

13. To be a federal cause of action, there must also be a private right of action. *Merrill Dow Pharms. Inv v. Thompson* 478 US 804, 817 (1986). It can be either express or implicit. *Diaz v. Davis* 549 Fed 3d 1223, 1229-1230 (9th Cir. 2008). The Court must look to the "rights creating" language and statutory structure within which it is contained. *Lamie v. United States Trustee* 540 US 526, 534 (2004). The Court must assume that Congress did not intend to create a right without a remedy. *First Pacific Bancorp, Inc. v. Helfer*, 224 F.3d 1117, 1123,1125-26  (9th Cir. 2000).

14. The four criteria of *Cort v. Ash* 422 US 66 (1975) are satisfied:

  a. Defendant Sacha Medina is part of the protected class for whom the statute, the CARES Act was created

  b. The rights-creating language of the CARES Act, its context, and the legislative history. *Opera Plaza Residential Parcel Homeowners Assn. v. Hoang* 376 Fed. 3d 831, 836 (2004, 9th Cir) are underscored by

    i. the language of the CARES Act , particularly §4023(d)9 and 4024(b)

    ii. the lack of any other specified enforcement mechanism [*First Pacific Bancorp Inc v. Helfer* 224 Fed 3d 1117m 1123 (2000, 9th Cir.); *Williams v. United Airlines, Inc.* 500 Fed 3d, 1019, 1024 (9th, 2007)], and

    iii. the legislative history, particularly the COVID pandemic and its impact on the entire national economy with the intent to protect tenants and homeowners from ouster..

  c. The cause of action is consistent with the underlying purpose of the law: balancing the rights of the parties.

  d. The "traditional status" of evictions as a State cause of action is the weakest of the criteria [*First Pacific Bancorp, Inc. v. Helfer*, 224 F.3d 1117, 1127  (9th Cir. 2000)], particularly where here, as in Civil Rights legislation, Congress intended to occupy the field and break tradition, with a bold new law intended to protect tenants whose landlords enjoyed the benefits of the mortgage forbearance while failing to fulfill the concomitant obligation not to evict the tenants for whose benefit the forbearance was intended, under the Supremacy Clause.

15.  The CARES Act is <u>not</u> a defense, but the <u>entire basis</u> for the action to eject a residential tenant who was unable to pay rent due to the COVID dangers and the governmental restrictions of business closures and staying home.  Plaintiff must prove his entitlement to possession under the CARES Act, as to the timing, purpose and procedure established by Congress. Plaintiff cannot state a cause of action to evict such a tenant without framing the prima facie case in the language of the CARES Act . The notice purports to comply with California law, but has in fact patently violated the CARES Act. Under the CARES Act, Plaintiff would be unable to evict any such tenant.

16. The federal cause of action in ejectment is the basis for this action, irrespective of artful pleading, such that this action could have been brought in Federal District Court.

**Removed Action**

17. A true and correct copy of the State Court Complaint of the action sought to be removed to this Court and other pleadings in this case are attached hereto and incorporated herein by reference.

18. Defendant Sacha Medina is entitled to the protection of the CARES Act , and entitled to remove this action to Federal Court.

19. Under California Code of Civil Procedure §430.90, the State trial court hereby loses jurisdiction under the Federal Rules of Civil Procedure and does not recover jurisdiction, if at all, until and unless this action is remanded to the State Court, after which jurisdiction will again attach as described in that statute.


DATED: June 1, 2021

_____
Sacha Medina,
Defendant, in pro se

**NOTICE OF REMOVAL**

# Superior Court of California

## County of Orange



---

Case Number : 30-2021-01179617-CU-UD-CJC

Copy Request: 4611447

Request Type: Case Documents

Prepared for: xx

Number of documents: 9

Number of pages: 41

Case 8:21-cv-00980-DOC-DFM   Document 1   Filed 06/01/21   Page 7 of 48   Page ID #:7

**UD-100**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER:<br>NAME: ARDEN HOANG, ESQ. 323675<br>FIRM NAME: RUZICKA, WALLACE & COUGHLIN, LLP.<br>STREET ADDRESS: 16520 BAKE PARKWAY, SUITE 280<br>CITY: IRVINE                    STATE: CA  ZIP CODE: 92618<br>TELEPHONE NO.: (949) 759-1080      FAX NO.: (949) 759-6813<br>EMAIL ADDRESS: EFILING@RWCLEGAL.COM<br>ATTORNEY FOR (name): PLAINTIFF | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA 92701<br>BRANCH NAME: CENTRAL JUSTICE CENTER |

| | |
|---|---|
| PLAINTIFF: VILLAS AT FASHION ISLAND LLC<br>DEFENDANT: SACHA MEDINA<br>☒ DOES 1 TO  5 | Commissioner Carmen Luege |

| | |
|---|---|
| COMPLAINT - UNLAWFUL DETAINER*<br>☒ COMPLAINT  ☐ AMENDED COMPLAINT (Amendment Number): | CASE NUMBER:<br>30-2021-01179617-CU-UD-CJC |

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
Amount demanded  ☐ does not exceed $10,000.
            ☐ exceeds $10,000 but does not exceed $25,000.

☒ **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint *(check all that apply):*
    ☐ from unlawful detainer to general unlimited civil (possession not in issue).   ☐ from limited to unlimited.
    ☐ from unlawful detainer to general limited civil (possession not in issue).   ☐ from unlimited to limited.

1. *PLAINTIFF (name each):*
   VILLAS AT FASHION ISLAND LLC

   alleges causes of action against DEFENDANT *(name each):*
   SACHA MEDINA

2. a. Plaintiff is   (1) ☐ an individual over the age of 18 years.   (4) ☐ a partnership.
              (2) ☐ a public agency.              (5) ☐ a corporation.
              (3) ☒ other *(specify):* A LIMITED LIABILITY COMPANY

   b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. a. *The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):*
      5411 SAN JOAQUIN PLAZA
      NEWPORT BEACH CA 92660
      ORANGE
   b. The premises in 3a are *(check one)*
      (1) ☒ within the city limits of *(name of city):* NEWPORT BEACH
      (2) ☐ within the unincorporated area of *(name of county):*
   c. The premises in 3a were constructed in *(approximate year):*  2017

4. Plaintiff's interest in the premises is   ☒ as owner   ☐ other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

**\*NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev. September 1, 2020]<br>CEB° ceb.com \| Essential Forms | **COMPLAINT - UNLAWFUL DETAINER** | Page 1 of 4<br>Civil Code, § 1940 et seq.<br>Code of Civil Procedure §§ 425.12, 1166<br>www.courts.ca.gov |

MEDINA 21-0144

**UD-100**

| | |
|---|---|
| PLAINTIFF: VILLAS AT FASHION ISLAND LLC<br>DEFENDANT: SACHA MEDINA | CASE NUMBER: |

6.  a. On or about *(date)*: 08-26-2019
    *defendant (name each):*
    SACHA MEDINA

    (1) agreed to rent the premises as a ☐ month-to-month tenancy ☒ other tenancy *(specify):* 12 MONTH LEASE
    (2) agreed to pay rent of $ 6,075.00 payable ☒ monthly ☐ other *(specify frequency):*
    (3) agreed to pay rent on the ☒ first of the month ☐ other day *(specify):*
  b. This ☒ written ☐ oral agreement was made with
    (1) ☒ plaintiff. (3) ☐ plaintiff's predecessor in interest.
    (2) ☐ plaintiff's agent. (4) ☐ Other *(specify):*
  c. ☒ The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☒ Other *(specify):* UNAUTHORIZED OCCUPANTS
  d. ☒ The agreement was later changed as follows *(specify):*
      THE RENTAL AMOUNT INCREASED TO $6682.50 EFFECTIVE AS OF 08/22/2020.

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
      and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
  f. ☒ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
    (1) ☐ *the written agreement is not in the possession of the landlord or the landlord's employees or agents.*
    (2) ☒ *this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).*

7.  The tenancy described in 6 (complete (a) or (b))

    a. ☒ is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy
       is exempt is *(specify):* CIVIL CODE SECTION 1946.2  (e)(7)[NEW CONSTRUCTION]
    b. ☐ is subject to the Tenant Protection Act of 2019.

8.  *(Complete only if item 7b is checked. Check all applicable boxes.)*

    a. ☐ The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).

    b. ☐ The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*

      (1) ☐ waived the payment of rent for the final month of the tenancy, before the rent came due, under
          section 1946.2(d)(2), in the amount of $
      (2) ☐ provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $
          to *(name each defendant and amount given to each):*

    c. ☐ Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9.  a. ☒ Defendant *(name each):* SACHA MEDINA

      was served the following notice on the same date and in the same manner:

      (1) ☐ 3-day notice to pay rent or quit        (5) ☐ 3-day notice to perform covenants or quit
      (2) ☐ 30-day notice to quit                        *(not applicable if item 7b checked)*
      (3) ☐ 60-day notice to quit                    (6) ☐ 3-day notice to quit under Civil Code, § 1946.2(c)
      (4) ☐ 3-day notice to quit                        Prior required notice to perform covenants served *(date):*
                                                    (7) ☒ Other *(specify):* 15/30 DAY NOTICE TO PAY OR QUIT

**COMPLAINT — UNLAWFUL DETAINER**

CEB® | Essential Forms
ceb.com |                                                                    MEDINA 21-0144

**UD-100**

| PLAINTIFF: VILLAS AT FASHION ISLAND LLC<br>DEFENDANT: SACHA MEDINA | CASE NUMBER: |
|---|---|

9.  b.  (1) On (date): 12/16/2020                    the period stated in the notice checked in 9a expired at the end of the day.
        (2) Defendants failed to comply with the requirements of the notice by that date.
    c.  All facts stated in the notice are true.
    d.  ☒  The notice included an election of forfeiture.
    e.  ☒  A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.*
        *When Civil Code, § 1946.2(c), applies and two notices are required, provide copies of both.)*
    f.  ☐  One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different
        notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c. *(Check item 10c and attach a*
        *statement providing the information required by items 9a–e and 10 for each defendant and notice.)*

10. a.  ☒  The notice in item 9a was served on the defendant named in item 9a as follows:
        (1)  ☐  By personally handing a copy to defendant on (date):
        (2)  ☐  By leaving a copy with (name or description):
             a person of suitable age and discretion, on (date):                    at defendant's
             ☐  residence  ☐  business   AND mailing a copy to defendant at defendant's place of residence
             on (date):                    because defendant cannot be found at defendant's residence or usual place of business.
        (3)  ☒  by posting a copy on the premises on (date): 11/13/2020
             ☐  AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
             on (date): 11/13/2020
             (a)  ☐  because defendant's residence and usual place of business cannot be ascertained OR
             (b)  ☒  because no person of suitable age or discretion can be found there.
        (4)  ☐  *(Not for 3-day notice; see Civil Code, § 1946, before using)* By sending a copy by certified or registered mail
             addressed to defendant on (date):
        (5)  ☐  *(Not for residential tenancies; see Civil Code, § 1953, before using)* In the manner specified in a written
             commercial lease between the parties
    b.  ☐  *(Name):*
        was served on behalf of all defendants who signed a joint written rental agreement.
    c.  ☐  *Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c.*
    d.  ☒  *Proof of service of the notice in item 9a is attached and labeled Exhibit 3.*

11. ☐  *Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.*

12. ☒  *At the time the 3-day* **15/30 day** *notice to pay rent or quit was served, the amount of* **rent due** *was $*          50,578.60

13. ☒  *The fair rental value of the premises is $*          222.75 *per day.*

14. ☐  *Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure*
        *section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 14.)*

15. ☒  *A written agreement between the parties provides for attorney fees.*

16. ☐  *Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and*
        *date of passage):*

        Plaintiff has met all applicable requirements of the ordinances.

17. ☐  *Other allegations are stated in Attachment 17.*

18. Plaintiff accepts the jurisdictional limit, if any, of the court.

**UD-100**

| PLAINTIFF: VILLAS AT FASHION ISLAND LLC | CASE NUMBER: |
| DEFENDANT: SACHA MEDINA | |

**19. PLAINTIFF REQUESTS**

    a. possession of the premises.

    b. costs incurred in this proceeding:

    c. ☒ past-due rent of $    50,578.60

    d. ☒ reasonable attorney fees.

    e. ☒ forfeiture of the agreement.

    f. ☐ damages in the amount of waived rent or relocation assistance as stated in item 8: $

    g. ☒ damages at the rate stated in item 13 from *(date):* 12/01/2020 for each day that defendants remain in possession through entry of judgment.

    h. ☐ statutory damages up to $600 for the conduct alleged in item 14.

    i. ☒ other *(specify):*  SUCH OTHER AND FURTHER RELIEF THE COURT MAY DEEM JUST AND PROPER.

**20.** ☒ Number of pages attached *(specify):*  14

## UNLAWFUL DETAINER ASSISTANT  (Bus. & Prof. Code, §§ 6400-6415)

**21.** ☒ *(Complete in all cases.)* An unlawful detainer assistant  ☒ did **not**  ☐ did for compensation give advice or assistance with this form. (*If declarant has received **any** help or advice for pay from an unlawful detainer assistant, complete a–f.*)

    a. Assistant's name:

    b. Street address, city, and zip code:

    c. Telephone no.:

    d. County of registration:

    e. Registration no.:

    f. Expires on *(date):*

Date: 01/14/2021

ARDEN HOANG, ESQ.
(TYPE OR PRINT NAME)

▶

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(TYPE OR PRINT NAME)

▶

(SIGNATURE OF PLAINTIFF)



MEDINA 21-0144

## VERIFICATION

I am employed by the property management company for the plaintiff in this action, and I make this verification for that reason and because I am more familiar with the facts alleged in the complaint than the plaintiff. I have read the foregoing Complaint – Unlawful Detainer and know its contents. The same is true of my own knowledge, except as to the matters which are stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ___1/14/21___ in ___Newport Beach___, California.

Signature: _____

Print Name: ___Michael Alstot___

Title: ___AM___

# EXHIBIT 2

## NOTICE TO PAY RENT IN 15 DAYS OR QUIT IN 30 DAYS
### (Rent Due March 1, 2020 to August 31, 2020)
#### With Blank Declaration of COVID-19 Related Financial Distress

**TO:**   Sacha Medina

and all tenants, subtenants and any others in possession.

**SUBJECT PREMISES:**   5411 San Joaquin Plaza, Newport Beach, CA 92660

You currently owe the total sum of $30,531.10 for Gross Monthly Rent for the period beginning March 1, 2020 through August 31, 2020, calculated as follows:

$0.00, which came due March 1, 2020 for the rental period from March 1, 2020 through March 31, 2020.

$6,048.85, which came due April 1, 2020 for the rental period from April 1, 2020 through April 30, 2020.

$6,075.00, which came due May 1, 2020 for the rental period from May 1, 2020 through May 31, 2020.

$6,075.00, which came due June 1, 2020 for the rental period from June 1, 2020 through June 30, 2020.

$6,075.00, which came due July 1, 2020 for the rental period from July 1, 2020 through July 31, 2020.

$6,257.25, which came due August 1, 2020 for the rental period from August 1, 2020 through August 31, 2020.

**WITHIN FIFTEEN (15) DAYS**, not including Saturdays, Sundays, or other judicial holidays, after the service on you of this Notice, you are required to:

1.   Pay the total sum of $30,531.10, which represents Gross Monthly Rent due for the months indicated above for the subject premises;

OR

2.   Complete the attached declaration, sign it under penalty of perjury and deliver the declaration to the landlord as provided below.

**IF YOU FAIL TO TAKE THE ACTION SPECIFIED IN EITHER 1 OR 2 ABOVE, YOU MUST QUIT AND DELIVER POSSESSION OF THE SUBJECT PREMISES WITHIN THIRTY (30) CALENDAR DAYS AFTER THE SERVICE ON YOU OF THIS NOTICE.**

If you fail to perform or otherwise comply, legal proceedings will be commenced against you to declare a forfeiture of your lease/rental agreement, to recover possession of the subject premises, and to seek a money judgment for the rent demanded herein and damages for each day that you occupy the subject premises after the period(s) covered by this notice. Such a judgment against you may include attorney fees and costs as allowed by law or contract and statutory damages of up to $600.00. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Further, if you fail to perform or otherwise comply, the undersigned declares a forfeiture of the lease or rental agreement under which you hold possession of the subject premises.

This notice demands rent payments that became due during the time period March 1, 2020 through August 31, 2020. Any other amounts you may owe are not waived and the landlord reserves all rights and remedies with respect to those amounts. Nothing contained in this notice is intended as, or shall constitute, a waiver of any kind.

Payment must be made by credit card via the online Resident Portal, or by personal check, cashier's check or money order, payable to Villas Fashion Island and must be delivered to Gabor Pamer, Community Manager, at 1000 San Joaquin Plz, Newport Beach, CA 92660-5911; Telephone number: (949) 524-8400. They or another authorized representative will be available to accept payment from 10 a.m. to 6 p.m. Monday through Saturday and from 12 p.m to 6 p.m. on Sunday. The office is closed daily from 1 p.m. to 2 p.m.

---

### NOTICE FROM THE STATE OF CALIFORNIA

If you are unable to pay the amount demanded in this notice, and have decreased income or increased expenses due to COVID-19, your landlord will not be able to evict you for this missed payment if you sign and deliver the declaration form included with your notice to your landlord within 15 days, excluding Saturdays, Sundays, and other judicial holidays, but you will still owe this money to your landlord. If you do not sign and deliver the declaration within this time period, you may lose the eviction protections available to you. You must return this form to be protected. You should keep a copy or picture of the signed form for your records.

You will still owe this money to your landlord and can be sued for the money, but you cannot be evicted from your home if you comply with these requirements. You should keep careful track of what you have paid and any amount you still owe to protect your rights and avoid future disputes. Failure to respond to this notice may result in an unlawful detainer action (eviction) being filed against you.

For information about legal resources that may be available to you, visit lawhelpca.org.

---

You may deliver the attached declaration of COVID-19-related financial distress to the landlord by any of the following methods:
(1) In person at the following address: 1000 San Joaquin Plz, Newport Beach, CA 92660-5911;
(2) By electronic transmission to the following email address: ICAC-AB3088@irvinecompany.com;
(3) Through United States mail to the following address: 1000 San Joaquin Plz, Newport Beach, CA 92660-5911; or
(4) Through any of the same methods you can use to deliver the payment pursuant to this notice if delivery of the declaration by that method is possible.

LANDLORD
Villas at Fashion Island LLC
By: Irvine Management Company, a Delaware
corporation, its duly authorized agent

Date: 11/13/2020

By: _____

Title: _____CPP_____

## DECLARATION OF COVID-19 RELATED FINANCIAL DISTRESS
### (Rental Payment Due March 1, 2020 to August 31, 2020)

I am currently unable to pay my rent or other financial obligations under the lease in full because of one or more of the following:

1. Loss of income caused by the COVID-19 pandemic.

2. Increased out-of-pocket expenses directly related to performing essential work during the COVID-19 pandemic.

3. Increased expenses directly related to health impacts of the COVID-19 pandemic.

4. Childcare responsibilities or responsibilities to care for an elderly, disabled, or sick family member directly related to the COVID-19 pandemic that limit my ability to earn income.

5. Increased costs for childcare or attending to an elderly, disabled, or sick family member directly related to the COVID-19 pandemic.

6. Other circumstances related to the COVID-19 pandemic that have reduced my income or increased my expenses.

Any public assistance, including unemployment insurance, pandemic unemployment assistance, state disability insurance (SDI), or paid family leave, that I have received since the start of the COVID-19 pandemic does not fully make up for my loss of income and/or increased expenses.


Signed under penalty of perjury: _____


Dated: _____

**NOTICE TO PAY RENT IN 15 DAYS OR QUIT IN 30 DAYS**
(Rent Due September 1, 2020 to January 31, 2021)
With Blank Declaration of COVID-19 Related Financial Distress

TO:   Sacha Medina

and all tenants, subtenants and any others in possession.

SUBJECT
PREMISES:      5411 San Joaquin Plaza, Newport Beach, CA 92660

You currently owe the total sum of $20,047.50 for Gross Monthly Rent for the period beginning September 1, 2020 through the date of this notice, calculated as follows:

| |
|---|
| $6,682.50, which came due September 1, 2020 for the rental period from September 1, 2020 through September 30, 2020.<br>☐ Declaration of COVID-19 Related Financial Distress previously submitted for September 2020. |
| $6,682.50, which came due October 1, 2020 for the rental period from October 1, 2020 through October 31, 2020.<br>☐ Declaration of COVID-19 Related Financial Distress previously submitted for October 2020. |
| $6,682.50, which came due November 1, 2020 for the rental period from November 1, 2020 through November 30, 2020.<br>☐ Declaration of COVID-19 Related Financial Distress previously submitted for November 2020. |

**WITHIN FIFTEEN (15) DAYS**, not including Saturdays, Sundays, or other judicial holidays, after the service on you of this Notice, you are required to:

1. Pay the total sum of $20,047.50, which represents Gross Monthly Rent due for the months indicated above for which a Declaration of COVID-19-Related Financial Distress has not been provided;

   OR

2. Complete the attached declaration, sign it under penalty of perjury and deliver the declaration to the landlord as provided below. Be advised that no later than January 31, 2021, you must pay 25% of the total sum for all periods above for which you have provided a declaration or your landlord may, on or after February 1, 2021, file an unlawful detainer action against you for nonpayment of that rent.

**IF YOU FAIL TO TAKE THE ACTION SPECIFIED IN EITHER 1 OR 2 ABOVE, YOU MUST QUIT AND DELIVER POSSESSION OF THE SUBJECT PREMISES WITHIN THIRTY (30) CALENDAR DAYS AFTER THE SERVICE ON YOU OF THIS NOTICE.**

If you fail to perform or otherwise comply, legal proceedings will be commenced against you to declare a forfeiture of your lease/rental agreement, to recover possession of the subject premises, and to seek a money judgment for the rent demanded herein and damages for each day that you occupy the subject premises after the period(s) covered by this notice. Such a judgment against you may include attorney fees and costs as allowed by law or contract and statutory damages of up to $600.00. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Further, if you fail to perform or otherwise comply, the undersigned declares a forfeiture of the lease or rental agreement under which you hold possession of the subject premises.

This notice demands rent payments that became due during the time period September 1, 2020 through January 31, 2021. Any other amounts you may owe are not waived and the landlord reserves all rights and remedies with respect to those amounts. Nothing contained in this notice is intended as, or shall constitute, a waiver of any kind.

Payment must be made by credit card via the online Resident Portal, or personal check, cashier's check or money order, payable to Villas Fashion Island and must be delivered to Gabor Pamer, Community Manager, at 1000 San Joaquin Plz, Newport Beach, CA 92660-5911; Telephone number: (949) 524-8400. They or another authorized representative will be available to accept payment from 10 a.m. to 6 p.m. Monday through Saturday and from 12 p.m to 6 p.m. on Sunday. The office is closed daily from 1 p.m. to 2 p.m.

## NOTICE FROM THE STATE OF CALIFORNIA

If you are unable to pay the amount demanded in this notice, and have decreased income or increased expenses due to COVID-19, you may sign and deliver the declaration form included with your notice to your landlord within 15 days, excluding Saturdays, Sundays, and other judicial holidays, and your landlord will not be able to evict you for this missed payment so long as you make the minimum payment (see below). You will still owe this money to your landlord. You should keep a copy or picture of the signed form for your records.

If you provide the declaration form to your landlord as described above AND, on or before January 31, 2021, you pay an amount that equals at least 25 percent of each rental payment that came due or will come due during the period between September 1, 2020, and January 31, 2021, that you were unable to pay as a result of decreased income or increased expenses due to COVID-19, your landlord cannot evict you. Your landlord may require you to submit a new declaration form for each rental payment that you do not pay that comes due between September 1, 2020, and January 31, 2021.

For example, if you provided a declaration form to your landlord regarding your decreased income or increased expenses due to COVID-19 that prevented you from making your rental payment in September and October of 2020, your landlord could not evict you if, on or before January 31, 2021, you made a payment equal to 25 percent of September's and October's rental payment (i.e., half a month's rent). If you were unable to pay any of the rental payments that came due between September 1, 2020, and January 31, 2021, and you provided your landlord with the declarations in response to each 15-day notice your landlord sent to you during that time period, your landlord could not evict you if, on or before January 31, 2021, you paid your landlord an amount equal to 25 percent of all the rental payments due from September through January (i.e., one and a quarter month's rent).

You will still owe the full amount of the rent to your landlord, but you cannot be evicted from your home if you comply with these requirements. You should keep careful track of what you have paid and any amount you still owe to protect your rights and avoid future disputes. Failure to respond to this notice may result in an unlawful detainer action (eviction) being filed against you.

For information about legal resources that may be available to you, visit lawhelpca.org.

You may deliver the attached declaration of COVID-19-related financial distress to the landlord by any of the following methods:
(1) In person at the following address: 1000 San Joaquin Plz, Newport Beach, CA 92660-5911;
(2) By electronic transmission to the following email address: ICAC-AB3088@irvinecompany.com;
(3) Through United States mail to the following address: 1000 San Joaquin Plz, Newport Beach, CA 92660-5911; or
(4) Through any of the same methods you can use to deliver the payment pursuant to this notice if delivery of the declaration by that method is possible.

Date: _11/13/2020_

LANDLORD
Villas at Fashion Island LLC
By: Irvine Management Company, a Delaware
corporation, its duly authorized agent

By: _____

Title: _____CPR_____

**DECLARATION OF COVID-19 RELATED FINANCIAL DISTRESS**
(Rental Payment Due September 1, 2020 to January 31, 2021)

I am currently unable to pay my rent or other financial obligations under the lease in full because of one or more of the following:

1. Loss of income caused by the COVID-19 pandemic.

2. Increased out-of-pocket expenses directly related to performing essential work during the COVID-19 pandemic.

3. Increased expenses directly related to health impacts of the COVID-19 pandemic.

4. Childcare responsibilities or responsibilities to care for an elderly, disabled, or sick family member directly related to the COVID-19 pandemic that limit my ability to earn income,

5. Increased costs for childcare or attending to an elderly, disabled, or sick family member directly related to the COVID-19 pandemic.

6. Other circumstances related to the COVID-19 pandemic that have reduced my income or increased my expenses.

Any public assistance, including unemployment insurance, pandemic unemployment assistance, state disability insurance (SDI), or paid family leave, that I have received since the start of the COVID-19 pandemic does not fully make up for my loss of income and/or increased expenses.

Signed under penalty of perjury: _____

Dated: _____

Page 5 of 5

# EXHIBIT 3

**[For Landlord Use Only]**

**PROOF OF SERVICE**

| | |
|---|---|
| Document(s) served: | NOTICE TO PAY RENT IN 15 DAYS OR QUIT IN 30 DAYS (Rent Due March 1, 2020 - August 31, 2020) With Blank Declaration of COVID-19 Related Financial Distress |
| Parties served: | Sacha Medina |
| Subject premises: | 5411 San Joaquin Plaza, Newport Beach, CA 92660 |
| Date of service: | |

I served copies of the above-referenced document(s) in the manner indicated below:

☐ **BY PERSONAL SERVICE.** On the date set forth above, I personally delivered copies of the document(s) to the following occupant(s):

_____

☐ **BY SUBSTITUTED SERVICE.** On the date set forth above, I left copies of the document(s) for each of the above-referenced occupant(s) with _____, a person of suitable age and discretion at the residence or usual place of business of the occupant(s), each being absent therefrom (except to the extent any occupants were served by personal service, see above); AND I mailed copies to each occupant by first class mail on said date by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named occupant(s) at their place of residence.

☑ **BY POSTING AND MAILING.** On the date set forth above, I posted copies of the document(s) in a conspicuous place on the above-referenced property, there being no person of suitable age or discretion to be found at any known place of residence or business of the occupant(s); AND I mailed copies to each occupant by first class mail on said date by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named occupant(s) at the place where the property is situated.

At the time of service, I was at least 18 years of age.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed on __11/13/2020__ (date) in __Newport Beach__ (city), California.

By __Anastasia Oddo__

**[For Landlord Use Only]**

**PROOF OF SERVICE**

Document(s) served:
NOTICE TO PAY RENT IN 15 DAYS OR QUIT IN 30 DAYS (Rent Due September 1, 2020 - January 31, 2021) With Blank Declaration of COVID-19 Related Financial Distress

Parties served: Sacha Medina

Subject premises: 5411 San Joaquin Plaza, Newport Beach, CA 92660

Date of service:

I served copies of the above-referenced document(s) in the manner indicated below:

☐ **BY PERSONAL SERVICE.** On the date set forth above, I personally delivered copies of the document(s) to the following occupant(s):

_____

☐ **BY SUBSTITUTED SERVICE.** On the date set forth above, I left copies of the document(s) for each of the above-referenced occupant(s) with _____, a person of suitable age and discretion at the residence or usual place of business of the occupant(s), each being absent therefrom (except to the extent any occupants were served by personal service, see above); AND I mailed copies to each occupant by first class mail on said date by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named occupant(s) at their place of residence.

☑ **BY POSTING AND MAILING.** On the date set forth above, I posted copies of the document(s) in a conspicuous place on the above-referenced property, there being no person of suitable age or discretion to be found at any known place of residence or business of the occupant(s); AND I mailed copies to each occupant by first class mail on said date by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named occupant(s) at the place where the property is situated.

At the time of service, I was at least 18 years of age.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed on _11/13/2020_ (date) in _Newport Beach_ (city), California.

By _Anastasia Oddo_

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM
IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*     TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR *(Name):* | |

NAME OF COURT: CENTRAL JUSTICE CENTER, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER
Plaintiff: VILLAS AT FASHION ISLAND LLC
Defendant: SACHA MEDINA

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
|---|---|
| **Complete this form only if ALL of these statements are true:**<br>1. **You are NOT named in the accompanying Summons and Complaint.**<br>2. **You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)**<br>3. **You still occupy the subject premises.** | *(To be completed by the process server)* DATE OF SERVICE: *(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*
2. I reside at *(street address, unit no., city and ZIP code):*
   5411 SAN JOAQUIN PLAZA
   NEWPORT BEACH CA 92660

3. The address of "the premises" subject to this claim is *(address):*
   5411 SAN JOAQUIN PLAZA
   NEWPORT BEACH CA 92660

4. On *(insert date):*                                        , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of  $                      or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [Rev. June 15, 2016]    **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**    Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

CEB® Essential Forms    ceb.com    MEDINA 21-0144

| Plaintiff: | VILLAS AT FASHION ISLAND LLC | CASE NUMBER: |
|---|---|---|
| Defendant: | SACHA MEDINA | |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you)*:
    a. ☐ an oral or written rental agreement with the landlord.
    b. ☐ an oral or written rental agreement with a person other than the landlord.
    c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
    d. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING:** Perjury is a felony punishable by imprisonment in the state prison.

Date:

_____        ▶        _____
(TYPE OR PRINT NAME)                                       (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

### - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**
1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**
3. **You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

---

CP10.5 [Rev. June 15, 2015]

CEB® | Essential Forms
ceb.com

PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

Page two

MEDINA 21-0144

Case 8:21-cv-00980-DOC-DFM  Document 1 (06/01/21  Page 27 of 48  Page ID #:27

Electronically Filed by Superior Court of California, County of Orange, 01/19/2021 08:55:50 AM
30-2021-01179617-CU-UD-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Diana Cuevas, Deputy Clerk.

| | **SUM-130** |
|---|---|
| **SUMMONS** *(CITACIÓN JUDICIAL)* **UNLAWFUL DETAINER-EVICTION** *(RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)* | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SACHA MEDINA; and DOES 1 to 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
VILLAS AT FASHION ISLAND LLC

| | |
|---|---|
| **NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (*www.lawhelpca.org*), the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), or by contacting your local court or county bar association. | *¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.* |
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | *EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.* |

1. The name and address of the court is: *(El nombre y dirección de la corte es):*

| | CASE NUMBER *(número del caso):* 30-2021-01179617-CU-UD-CJC |
|---|---|
| CENTRAL JUSTICE CENTER, COUNTY OF ORANGE 700 CIVIC CENTER DRIVE WEST SANTA ANA, CA 92701 | Commissioner Carmen Luege |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

ARDEN HOANG, ESQ.
16520 BAKE PARKWAY, SUITE 280
IRVINE, CA 92618

RUZICKA, WALLACE & COUGHLIN, LLP.
(949) 759-1080

| | | |
|---|---|---|
| Form Adopted for Mandatory Use Judicial Council of California SUM-130 [Rev. September 1, 2019] | **SUMMONS-UNLAWFUL DETAINER-EVICTION** | Code of Civil Procedure, §§ 412.20, 415.456, 1167 *www.courts.ca.gov* |

CEB.com | **Essential Forms**

MEDINA 21-0144

**SUM-130**

| PLAINTIFF *(Name):* VILLAS AT FASHION ISLAND LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* SACHA MEDINA | 30-2021-01179617-CU-UD-CJC |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)** ☒ **did not** ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date):*

Date: 01/19/2021       David H. Yamasaki, Clerk of the Court       Clerk, by _____, Deputy     D.Cuevas
*(Fecha)*                                                          *(Secretario)*                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (form POS-010)).*

[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant.
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation).          ☐ CCP 416.60 (minor).
             ☐ CCP 416.20 (defunct corporation).   ☐ CCP 416.70 (conservatee).
             ☐ CCP 416.40 (association or partnership).  ☐ CCP 416.90 (authorized person).
             ☐ CCP 415.46 (occupant).              ☐ other *(specify):*
   e. ☐ by personal delivery on *(date):*

SUM-130 [Rev. September 1, 2019]        **SUMMONS-UNLAWFUL DETAINER-EVICTION**        Page 2 of 2

CEB® Essential Forms
ceb.com                                          MEDINA 21-0144

Electronically Filed by Superior Court of California, County of Orange, 01/19/2021 10:55:03 AM.

30-2021-01179617-CU-UD-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Sarah Loose, Deputy Clerk.

Case 8:21-cv-00980-DOC-DFM   Document 1   Filed 06/01/21   Page 29 of 48   Page ID #:29

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ARDEN HOANG, ESQ.   323675<br>RUZICKA, WALLACE & COUGHLIN, LLP.<br>16520 BAKE PARKWAY, SUITE 280<br>IRVINE, CA 92618<br>TELEPHONE NO.: (949) 759-1080   FAX NO.: (949) 759-6813<br>ATTORNEY FOR *(Name):* PLAINTIFF | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME:   VILLAS AT FASHION ISLAND V MEDINA

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>*(Cal. Rules of Court, rule 3.402)* DEPT: | 30-2021-01179617-CU-UD-CJC<br><br>Commissioner Carmen Luege |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [X] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. [ ] Large number of separately represented parties
   - b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. [ ] Substantial amount of documentary evidence
   - d. [ ] Large number of witnesses
   - e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   - f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary  b. [X] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):*  1
5. This case [ ] is [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: 01/14/2021

ARDEN HOANG, ESQ.
(TYPE OR PRINT NAME)                                             (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

---

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CEB  Essential Forms<br>ceb.com | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

MEDINA 21-0144

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property
 Damage/Wrongful Death
Uninsured Motorist (46) *(if the
 case involves an uninsured
 motorist claim subject to
 arbitration, check this item
 instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/
 Wrongful Death
Product Liability *(not asbestos or
 toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice-
 Physicians & Surgeons
 Other Professional Health Care
 Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip
 and fall)
 Intentional Bodily Injury/PD/WD
 (e.g., assault, vandalism)
 Intentional Infliction of
 Emotional Distress
 Negligent Infliction of
 Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
 Practice (07)
Civil Rights (e.g., discrimination,
 false arrest) *(not civil
 harassment)* (08)
Defamation (e.g., slander, libel)
 (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice
 *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease
 Contract *(not unlawful detainer
 or wrongful eviction)*
 Contract/Warranty Breach-Seller
 Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/
 Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open
 book accounts) (09)
 Collection Case-Seller Plaintiff
 Other Promissory Note/Collections
 Case
Insurance Coverage *(not provisionally
 complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
 Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent
 domain, landlord/tenant, or
 foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
 drugs, check this item; otherwise,
 report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ-Administrative Mandamus
 Writ-Mandamus on Limited Court
 Case Matter
 Writ-Other Limited Court Case
 Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal-Labor
 Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
 *(arising from provisionally complex
 case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of
 County)
 Confession of Judgment *(non-
 domestic relations)*
 Sister State Judgment
 Administrative Agency Award
 *(not unpaid taxes)*
 Petition/Certification of Entry of
 Judgment on Unpaid Taxes
 Other Enforcement of Judgment
 Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
 above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-
 harassment)*
 Mechanics Lien
 Other Commercial Complaint
 Case *(non-tort/non-complex)*
 Other Civil Complaint
 *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
 Governance (21)
Other Petition *(not specified
 above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult
 Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief from Late
 Claim
 Other Civil Petition

MEDINA 21-0144



# SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana,  CA  92702

**E-Filing Transaction #:** 2975703

### PAYMENT RECEIPT

**Receipt #:** 12661285

| | | | | |
|---|---|---|---|---|
| **Clerk ID:** dcuevas | **Transaction No:** 12833911 | **Transaction Date:** 01/20/2021 | **Transaction Time:** 11:20:29 AM | |

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2021-01179617-CU-UD-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |

|  |  |
|---|---|
| Sales Tax: | $0.00 |
| **Total:** | **$435.00** |

Total Rem. Bal:

E-Filing :  - ContinuingEducationoftheBar

| | |
|---|---|
| E-Filing: | $435.00 |
| Total Amount Tendered: | $435.00 |
| Change Due: | **$0.00** |
| Balance: | **$0.00** |

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

## COPY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana, CA  92701

SHORT TITLE:  VILLAS AT FASHION ISLAND LLC VS. MEDINA

| **NOTICE THAT YOU HAVE BEEN SUED**<br>Limited Civil- Unlawful Detainer | CASE NUMBER:<br>**30-2021-01179617-CU-UD-CJC** |
|---|---|

 A lawsuit has been filed against you by your landlord or the owner of the property where you live. YOU MAY BE EVICTED AS A RESULT OF THIS LAWSUIT.

Under the law, a limited number of people can look at the court records about this case for the next 60 days. These include the court index, register of actions, and other court records.  You, your lawyer (if you have one), your landlord or property owner, and his or her attorney can view this information. The court file can also be seen by any other person who can

(1)   tell the court clerk the name of one plaintiff (the person suing you) and one defendant (you or any other tenant). That person must also tell the court clerk your address, including the apartment, unit, or space number, or

(2)   tell the court clerk the name of the plaintiff (the person suing you) or a defendant (usually a tenant) in this lawsuit, or the case number **and** can show proper identification that proves that he or she lives at the address described in the complaint, or

(3)   if the person wanting to view the file gets an order from a judge (this may be done without a court hearing).

**COURT STAFF CANNOT GIVE YOU LEGAL ADVICE. FOR LEGAL ADVICE, YOU MAY CALL:**
**PARA CONSEJO LEGAL EN SU CASO, USTED PUEDE LLAMAR:**

**Orange County Bar Association Lawyer Referral Service  -  (949) 440-6747**

**Legal Aid Society of Orange County (Low Income Requirement)**

**(714) 571-5200**

**The State Bar of California certifies lawyer referral services in California and publishes a list of certified lawyer referral services organized by county. To locate a lawyer referral service in your county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.**

**Pursuant to Code of Civil Procedure section 1010.6 and Orange County Superior Court Rule 352, documents filed in all limited, unlimited, and complex civil actions on or after January 1, 2013 must be filed electronically unless the Court excuses parties from doing so. For more information visit the Orange County Superior Court website at www.occourts.org/online-services/efiling**

**NOTICE THAT YOU HAVE BEEN SUED**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana, CA  92701

**SHORT TITLE:**  VILLAS AT FASHION ISLAND LLC VS. MEDINA

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER:<br>**30-2021-01179617-CU-UD-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above <u>NOTICE THAT YOU HAVE BEEN SUED</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Santa Ana</u>, <u>California</u> on <u>01/21/2021</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>01/22/2021</u>.

Clerk of the Court, by: _____ , Deputy

ALL OCCUPANTS
5411 SAN JOAQUIN PLAZA
NEWPORT BEACH, CALIFORNIA 92660

SACHA MEDINA
5411 SAN JOAQUIN PLAZA
NEWPORT BEACH, CALIFORNIA 92660

Electronically Received by Superior Court of California, County of Orange, 02/03/2021 03:51:00 PM.
30-2021-01179617-CU-UD-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Elaine Savuth, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ARDEN HOANG, ESQ. 323675 <br> RUZICKA, WALLACE & COUGHLIN, LLP. <br> 16520 BAKE PARKWAY, SUITE 280 <br> IRVINE, CA 92618 <br> Telephone No.: (949) 759-1080   Fax No. *(Optional):* (949) 759-6813 <br> E-Mail Address: EFILING@RWCLEGAL.COM <br> ATTORNEY FOR *(Name):* PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
- [X] Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
- [ ] Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
- [ ] North - 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
- [ ] West – 8141 13th Street, Westminster, CA 92683-4593

| PLAINTIFF: VILLAS AT FASHION ISLAND LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: SACHA MEDINA | 30-2021-01179617-CU-UD-CJC |

| **APPLICATION AND ORDER TO SERVE SUMMONS BY POSTING** <br> (Unlawful Detainer) | Case assigned to: <br> Judge: <br> Department: <br> Date complaint filed: <br> Hearing/trial date: |
|---|---|

1. I am the [ ] plaintiff [X] plaintiff's attorney.

2. I apply for an order pursuant to Section 415.45 of the Code of Civil Procedure to permit service by posting of the summons and complaint on defendant(s) *(specify names):*   SACHA MEDINA, ALL OTHER OCCUPANTS IN POSSESSION

3. The complaint seeks possession of property located at:
   5411 SAN JOAQUIN PLAZA NEWPORT BEACH CA 92660, COUNTY OF ORANGE

   County of Orange. The property is [X] residential [ ] commercial.

4. The notice to quit or to pay rent was served by: [ ] personal service [ ] substituted service [X] posting and mailing
   [ ] other *(specify):*

5. Attempts to serve in a manner specified in Section 415.10 et seq. of the Code of Civil Procedure were made (other than posting and publication). The attempts were made as follows:

| DATE | TIME | REASON SERVICE COULD NOT BE MADE/REMARKS |
|---|---|---|
| | | |

    [X] Declaration of process server stating attempts to locate and serve the defendant(s) is attached.

6. Service [ ] has [X] has not been attempted during regular business hours at the place(s) of employment of the defendant(s). If not, state reason: [X] Defendant's place of employment is unknown.
   [ ] Other *(specify):*

7. Did the plaintiff pay for help from a registered unlawful detainer assistant (Bus. And Prof. Code § § 6400-6415)

---

Approved for Optional Use <br> L690 (Rev. March 2019)

**APPLICATION AND ORDER TO SERVE SUMMONS** <br> **BY POSTING (Unlawful Detainer)**

Page 1 of 2 <br> Code of Civil Procedure, § 415.45


CEB® | Essential Forms <br> ceb.com

MEDINA 21-0144

who helped prepare this form?   ☐ Yes   ☒ No.   If yes, complete the following information:

Name of Unlawful Detainer Assistant:

Address:

Telephone Number:

Registration Number:

County of Registration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/03/2021

ARDEN HOANG, ESQ.
(TYPE OR PRINT NAME)                                              (SIGNATURE OF APPLICANT OR ATTORNEY)

## FINDINGS AND ORDER

THE COURT FINDS:

1.   The defendant(s) named in the application cannot with reasonable diligence be served in any manner specified in Section 415.10 et seq. of the Code of Civil Procedure, other than posting or publication.

2.   (a) A cause of action exists against the defendant(s) named in the application; or (b) the defendant(s) named in the application has or claims an interest in real property in California that is subject to the jurisdiction of the court; or (c) the relief demanded in the complaint consists wholly or partially in excluding the defendant(s) from any interest in the property.

THE COURT ORDERS:

The defendant(s) named in the application may be served by posting a copy of the summons and complaint on the premises in a manner most likely to give actual notice to the defendant(s), and by immediately mailing, by certified mail, a copy of the summons and complaint to the defendant(s) at his or her last known address.

Date:                                                              

                                                              JUDICIAL OFFICER

Approved for Optional Use
L690 (Rev. March 2019)
CEB® | Essential Forms™
ceb.com

**APPLICATION AND ORDER TO SERVE SUMMONS
BY POSTING (Unlawful Detainer)**

Page 2 of 2
Code of Civil Procedure, § 415.45

MEDINA 21-0144

ATTORNEY OR PARTY WITHOUT ATTORNEY
ARDEN HOANG, ESQ. (323675)
RUZICKA, WALLACE & COUGHLIN, LLP
16520 BAKE PARKWAY #280
IRVINE CA 92618
949-759-1080
ATTORNEY FOR: PLAINTIFF

FOR COURT USE ONLY

NAME AND ADDRESS OF COURT
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

PLAINTIFF / PETITIONER: VILLAS AT FASHION ISLAND
DEFENDANT / RESPONDENT: MEDINA

CASE NUMBER
30-2021-01179617-CU-UD-CJC

## DECLARATION OF DILIGENCE

INVOICE # 1437
CLIENT INV # 21-0144

At the time of service I was 18 years of age and not a party to this action.
I, JOHN SHULTZ, have received the within process of SUMMONS AND COMPLAINT FOR AN
UNLAWFUL DETAINER AND PREJUDGMENT CLAIM OF RIGHT TO
POSSESSION;PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL
ALLEGATIONS - UNLAWFUL DETAINER and that after due and diligent effort I have been unable
to effect service on the within named party at the following address. However, extraordinary efforts
are described below.

DEFENDANT: SACHA MEDINA

ADDRESS: 5411 SAN JOAQUIN PLAZA
         NEWPORT BEACH CA 92660

As enumerated below:
| Jan 26, 2021 | 8:45 am | NO ANSWER |
| Jan 28, 2021 | 12:56 pm | NO ANSWER |
| Jan 30, 2021 | 8:07 pm | NO ANSWER |
| Jan 31, 2021 | 3:28 pm | NO ANSWER |

I declare under penalty of perjury (under the laws of the State of California) that the foregoing is
true and correct.

Jensen Legal Services, Inc.
13781 Fairmont Way
Tustin, CA 92780
(714)541-8825
FEE: $75.00

County of ORANGE
Independent Contractor (not employee)
California Registered Process Server
Registration # 2407

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.
DATE: Feb 1, 2021

JOHN SHULTZ

Judicial Council Form, Rule # 982, (A) (23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| ARDEN HOANG, ESQ. (323675)<br>RUZICKA, WALLACE & COUGHLIN, LLP<br>16520 BAKE PARKWAY #280<br>IRVINE CA 92618<br>949-759-1080<br>ATTORNEY FOR: PLAINTIFF | |

NAME AND ADDRESS OF COURT
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL  JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

| PLAINTIFF / PETITIONER: VILLAS AT FASHION ISLAND<br>DEFENDANT / RESPONDENT: MEDINA | CASE NUMBER<br>30-2021-01179617-CU-UD-CJC |
|---|---|
| **DECLARATION OF DILIGENCE** | INVOICE #  1437<br>CLIENT INV #  21-0144 |

At the time of service I was 18 years of age and not a party to this action.
I, JOHN SHULTZ, have received the within process of SUMMONS AND COMPLAINT FOR AN
UNLAWFUL DETAINER AND PREJUDGMENT CLAIM OF RIGHT TO
POSSESSION;PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL
ALLEGATIONS - UNLAWFUL DETAINER and that after due and diligent effort I have been unable
to effect service on the within named party at the following address. However, extraordinary efforts
are described below.

DEFENDANT:  ALL OTHER OCCUPANTS IN POSSESSION

ADDRESS: 5411 SAN JOAQUIN PLAZA
              NEWPORT BEACH CA 92660

As enumerated below:
| Jan 26, 2021 | 8:45 am | NO ANSWER |
|---|---|---|
| Jan 28, 2021 | 12:56 pm | NO ANSWER |
| Jan 30, 2021 | 8:07 pm | NO ANSWER |
| Jan 31, 2021 | 3:28 pm | NO ANSWER |

I declare under penalty of perjury (under the laws of the State of California) that the foregoing is
true and correct.

---

Jensen Legal Services, Inc.
13781 Fairmont Way
Tustin, CA 92780
(714)541-8825
FEE: $75.00

County of ORANGE
Independent Contractor (not employee)
California Registered Process Server
Registration # 2407

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.
DATE: Feb 1, 2021

JOHN SHULTZ

Judicial Council Form, Rule # 982, (A) (23)



# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana, CA 92702

**E-Filing Transaction #:** 41155621

### PAYMENT RECEIPT

**Receipt #:** 12668261

**Clerk ID:** dcuevas     **Transaction No:** 12840742     **Transaction Date:** 02/04/2021     **Transaction Time:** 10:20:53 AM

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2021-01179617-CU-UD-CJC | 37 - Requests not requiring a hearing: Continuance of hearing or case | 1 | $20.00 | $20.00 | $20.00 | $0.00 |
| | Sales Tax: | | | | $0.00 | |
| | **Total:** | | | | **$20.00** | Total Rem. Bal: |

E-Filing : - ContinuingEducationoftheBar

E-Filing:            $20.00

Total Amount Tendered:       $20.00

Change Due:       **$0.00**

Balance:       **$0.00**

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

## COPY

Electronically Received by Superior Court of California, County of Orange, 02/03/2021 03:51:00 PM.
30-2021-01179617-CU-UD-CJC - ROA # 10 - DAVID H. YAMASAKI, Clerk of the Court By Diana Cuevas, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ARDEN HOANG, ESQ. 323675<br>RUZICKA, WALLACE & COUGHLIN, LLP.<br>16520 BAKE PARKWAY, SUITE 280<br>IRVINE, CA 92618<br>Telephone No.: (949) 759-1080    Fax No. *(Optional):* (949) 759-6813<br>E-Mail Address: EFILING@RWCLEGAL.COM<br>ATTORNEY FOR *(Name):* PLAINTIFF | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>FEB 08 2021<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY:_____DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
- [X] Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
- [ ] Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
- [ ] North - 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
- [ ] West – 8141 13th Street, Westminster, CA 92683-4593

| PLAINTIFF: VILLAS AT FASHION ISLAND LLC<br><br>DEFENDANT: SACHA MEDINA | CASE NUMBER:<br>30-2021-01179617-CU-UD-CJC |
|---|---|
| APPLICATION AND ORDER TO SERVE SUMMONS BY POSTING<br>(Unlawful Detainer) | Case assigned to:<br>Judge:<br>Department:<br>Date complaint filed:<br>Hearing/trial date: |

1. I am the ☐ plaintiff   ☒ plaintiff's attorney.

2. I apply for an order pursuant to Section 415.45 of the Code of Civil Procedure to permit service by posting of the summons and complaint on defendant(s) *(specify names):*   SACHA MEDINA, ALL OTHER OCCUPANTS IN POSSESSION

3. The complaint seeks possession of property located at:
   5411 SAN JOAQUIN PLAZA NEWPORT BEACH CA 92660, COUNTY OF ORANGE

   County of Orange. The property is   ☒ residential   ☐ commercial.

4. The notice to quit or to pay rent was served by: ☐ personal service   ☐ substituted service   ☒ posting and mailing
   ☐ other *(specify):*

5. Attempts to serve in a manner specified in Section 415.10 et seq. of the Code of Civil Procedure were made (other than posting and publication). The attempts were made as follows:

| DATE | TIME | REASON SERVICE COULD NOT BE MADE/REMARKS |
|---|---|---|
|  |  |  |

   ☒ Declaration of process server stating attempts to locate and serve the defendant(s) is attached.

6. Service ☐ has   ☒ has not   been attempted during regular business hours at the place(s) of employment of the defendant(s). If not, state reason: ☒ Defendant's place of employment is unknown.
   ☐ Other *(specify):*

7. Did the plaintiff pay for help from a registered unlawful detainer assistant (Bus. And Prof. Code § § 6400-6415)

MEDINA 21-0144

who helped prepare this form?   ☐ Yes   ☒ No.   If yes, complete the following information:

Name of Unlawful Detainer Assistant:

Address:

Telephone Number:

Registration Number:

County of Registration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/03/2021

ARDEN HOANG, ESQ.
(TYPE OR PRINT NAME)                                        (SIGNATURE OF APPLICANT OR ATTORNEY)

**FINDINGS AND ORDER**

THE COURT FINDS:

1.   The defendant(s) named in the application cannot with reasonable diligence be served in any manner specified in Section 415.10 et seq. of the Code of Civil Procedure, other than posting or publication.

2.   (a) A cause of action exists against the defendant(s) named in the application; or (b) the defendant(s) named in the application has or claims an interest in real property in California that is subject to the jurisdiction of the court; or (c) the relief demanded in the complaint consists wholly or partially in excluding the defendant(s) from any interest in the property.

THE COURT ORDERS:

The defendant(s) named in the application may be served by posting a copy of the summons and complaint on the premises in a manner most likely to give actual notice to the defendant(s), and by immediately mailing, by certified mail, a copy of the summons and complaint to the defendant(s) at his or her last known address.

Date: 2/8/21                                        CARMEN R. LUEGE                    JUDICIAL OFFICER

Approved for Optional Use
L890 (Rev. March 2019)
CEB Essential Forms
ceb.com

**APPLICATION AND ORDER TO SERVE SUMMONS
BY POSTING (Unlawful Detainer)**

Page 2 of 2
Code of Civil Procedure, § 415.45

MEDINA 21-0144

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| ARDEN HOANG, ESQ. (323675)<br>RUZICKA, WALLACE & COUGHLIN, LLP<br>16520 BAKE PARKWAY #280<br>IRVINE CA 92618<br>949-759-1080<br>ATTORNEY FOR: PLAINTIFF | |

NAME AND ADDRESS OF COURT
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL  JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

| PLAINTIFF / PETITIONER: VILLAS AT FASHION ISLAND<br>DEFENDANT / RESPONDENT: MEDINA | CASE NUMBER<br>30-2021-01179617-CU-UD-CJC |
|---|---|
| **DECLARATION OF DILIGENCE** | INVOICE # 1437<br>CLIENT INV # 21-0144 |

At the time of service I was 18 years of age and not a party to this action.
I, JOHN SHULTZ, have received the within process of SUMMONS AND COMPLAINT FOR AN
UNLAWFUL DETAINER AND PREJUDGMENT CLAIM OF RIGHT TO
POSSESSION;PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL
ALLEGATIONS - UNLAWFUL DETAINER and that after due and diligent effort I have been unable
to effect service on the within named party at the following address. However, extraordinary efforts
are described below.

DEFENDANT:  SACHA MEDINA

ADDRESS: 5411 SAN JOAQUIN PLAZA
            NEWPORT BEACH CA 92660

As enumerated below:
| Jan 26, 2021 | 8:45 am | NO ANSWER |
| Jan 28, 2021 | 12:56 pm | NO ANSWER |
| Jan 30, 2021 | 8:07 pm | NO ANSWER |
| Jan 31, 2021 | 3:28 pm | NO ANSWER |

I declare under penalty of perjury (under the laws of the State of California) that the foregoing is
true and correct.

---

Jensen Legal Services, Inc.
13781 Fairmont Way
Tustin, CA 92780
(714)541-8825
FEE: $75.00

County of ORANGE
Independent Contractor (not employee)
California Registered Process Server
Registration # 2407

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.
DATE: Feb 1, 2021

                                                    JOHN SHULTZ

Judicial Council Form, Rule # 982, (A) (23)

ATTORNEY OR PARTY WITHOUT ATTORNEY
ARDEN HOANG, ESQ. (323675)
RUZICKA, WALLACE & COUGHLIN, LLP
16520 BAKE PARKWAY #280
IRVINE CA 92618
949-759-1080
ATTORNEY FOR: PLAINTIFF

FOR COURT USE ONLY

NAME AND ADDRESS OF COURT
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL  JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

PLAINTIFF / PETITIONER: VILLAS AT FASHION ISLAND
DEFENDANT / RESPONDENT: MEDINA

CASE NUMBER
30-2021-01179617-CU-UD-CJC

## DECLARATION OF DILIGENCE

INVOICE # 1437
CLIENT INV # 21-0144

At the time of service I was 18 years of age and not a party to this action.
I, JOHN SHULTZ, have received the within process of SUMMONS AND COMPLAINT FOR AN
UNLAWFUL DETAINER AND PREJUDGMENT CLAIM OF RIGHT TO
POSSESSION;PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL
ALLEGATIONS - UNLAWFUL DETAINER and that after due and diligent effort I have been unable
to effect service on the within named party at the following address. However, extraordinary efforts
are described below.

DEFENDANT:  ALL OTHER OCCUPANTS IN POSSESSION

ADDRESS: 5411 SAN JOAQUIN PLAZA
          NEWPORT BEACH CA 92660

As enumerated below:

| | | |
|---|---|---|
| Jan 26, 2021 | 8:45 am | NO ANSWER |
| Jan 28, 2021 | 12:56 pm | NO ANSWER |
| Jan 30, 2021 | 8:07 pm | NO ANSWER |
| Jan 31, 2021 | 3:28 pm | NO ANSWER |

I declare under penalty of perjury (under the laws of the State of California) that the foregoing is
true and correct.

Jensen Legal Services, Inc.
13781 Fairmont Way
Tustin, CA 92780
(714)541-8825
FEE: $75.00

County of ORANGE
Independent Contractor (not employee)
California Registered Process Server
Registration # 2407

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.
DATE: Feb 1, 2021

JOHN SHULTZ

Judicial Council Form, Rule # 982, (A) (23)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center Drive
Santa Ana, CA 92702

**SHORT TITLE:** Villas at Fashion Island LLC vs. Medina

| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2021-01179617-CU-UD-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that the following document(s), Order - Other dated 02/08/21, have been transmitted electronically by Orange County Superior Court at Santa Ana, CA. The transmission originated from Orange County Superior Court email address on February 9, 2021, at 4:02:59 PM PST. The electronically transmitted document(s) is in accordance with rule 2.251 of the California Rules of Court, addressed as shown above. The list of electronically served recipients are listed below:

RUZICKA, WALLACE & COUGHLIN, LLP
EFILING@RWCLEGAL.COM

Clerk of the Court, by: _____, Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

Electronically Received by Superior Court of California, County of Orange, 02/03/2021 03:51:00 PM.
30-2021-01179617-CU-UD-CJC - ROA # 10 - DAVID H. YAMASAKI, Clerk of the Court By Diana Cuevas, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ARDEN HOANG, ESQ. 323675<br>RUZICKA, WALLACE & COUGHLIN, LLP.<br>16520 BAKE PARKWAY, SUITE 280<br>IRVINE, CA 92618<br>Telephone No.: (949) 759-1080   Fax No. *(Optional):* (949) 759-6813<br>E-Mail Address: EFILING@RWCLEGAL.COM<br>ATTORNEY FOR *(Name):* PLAINTIFF | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>FEB 0 8 2021<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY:_____DEPUTY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>[X] Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>[ ] Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>[ ] North - 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500<br>[ ] West – 8141 13th Street, Westminster, CA 92683-4593 | |

| PLAINTIFF:  VILLAS AT FASHION ISLAND LLC<br><br>DEFENDANT: SACHA MEDINA | CASE NUMBER:<br>30-2021-01179617-CU-UD-CJC |
|---|---|
| **APPLICATION AND ORDER TO SERVE SUMMONS BY POSTING**<br>(Unlawful Detainer) | Case assigned to:<br>Judge:<br>Department:<br>Date complaint filed:<br>Hearing/trial date: |

1. I am the [ ] plaintiff   [X] plaintiff's attorney.

2. I apply for an order pursuant to Section 415.45 of the Code of Civil Procedure to permit service by posting of the summons and complaint on defendant(s) *(specify names):*   SACHA MEDINA, ALL OTHER OCCUPANTS IN POSSESSION

3. The complaint seeks possession of property located at:
   5411 SAN JOAQUIN PLAZA NEWPORT BEACH CA 92660, COUNTY OF ORANGE

   County of Orange. The property is   [X] residential   [ ] commercial.

4. The notice to quit or to pay rent was served by: [ ] personal service   [ ] substituted service   [X] posting and mailing
   [ ] other *(specify):*

5. Attempts to serve in a manner specified in Section 415.10 et seq. of the Code of Civil Procedure were made (other than posting and publication). The attempts were made as follows:

| DATE | TIME | REASON SERVICE COULD NOT BE MADE/REMARKS |
|---|---|---|
| | | |

[X] Declaration of process server stating attempts to locate and serve the defendant(s) is attached.

6. Service [ ] has   [X] has not   been attempted during regular business hours at the place(s) of employment of the defendant(s). If not, state reason: [X] Defendant's place of employment is unknown.
   [ ] Other *(specify):*

7. Did the plaintiff pay for help from a registered unlawful detainer assistant (Bus. And Prof. Code § § 6400-6415)

who helped prepare this form?   ☐ Yes   ☒ No.   If yes, complete the following information:

Name of Unlawful Detainer Assistant:

Address:

Telephone Number:

Registration Number:

County of Registration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/03/2021

ARDEN HOANG, ESQ.
(TYPE OR PRINT NAME)                                      (SIGNATURE OF APPLICANT OR ATTORNEY)

**FINDINGS AND ORDER**

THE COURT FINDS:

1.   The defendant(s) named in the application cannot with reasonable diligence be served in any manner
     specified in Section 415.10 et seq. of the Code of Civil Procedure, other than posting or publication.

2.   (a) A cause of action exists against the defendant(s) named in the application; or (b) the defendant(s)
     named in the application has or claims an interest in real property in California that is subject to the
     jurisdiction of the court; or (c) the relief demanded in the complaint consists wholly or partially in
     excluding the defendant(s) from any interest in the property.

THE COURT ORDERS:

The defendant(s) named in the application may be served by posting a copy of the summons and complaint on
the premises in a manner most likely to give actual notice to the defendant(s), and by immediately mailing, by
certified mail, a copy of the summons and complaint to the defendant(s) at his or her last known address.

Date: 2/8/21

CARMEN R. LUEGE                                          JUDICIAL OFFICER

Approved for Optional Use
L890 (Rev. March 2019)

CEB Essential
ceb.com Forms

**APPLICATION AND ORDER TO SERVE SUMMONS
BY POSTING (Unlawful Detainer)**

Page 2 of 2
Code of Civil Procedure, § 415.45

MEDINA 21-0144

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| ARDEN HOANG, ESQ. (323675)<br>RUZICKA, WALLACE & COUGHLIN, LLP<br>16520 BAKE PARKWAY #280<br>IRVINE CA 92618<br>949-759-1080<br>ATTORNEY FOR: PLAINTIFF | |

NAME AND ADDRESS OF COURT
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL JUSTICE CENTER
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701

| PLAINTIFF / PETITIONER: VILLAS AT FASHION ISLAND<br>DEFENDANT / RESPONDENT: MEDINA | CASE NUMBER<br>30-2021-01179617-CU-UD-CJC |
|---|---|
| **DECLARATION OF DILIGENCE** | INVOICE # 1437<br>CLIENT INV # 21-0144 |

At the time of service I was 18 years of age and not a party to this action.
I, JOHN SHULTZ, have received the within process of SUMMONS AND COMPLAINT FOR AN
UNLAWFUL DETAINER AND PREJUDGMENT CLAIM OF RIGHT TO
POSSESSION;PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL
ALLEGATIONS - UNLAWFUL DETAINER and that after due and diligent effort I have been unable
to effect service on the within named party at the following address. However, extraordinary efforts
are described below.

DEFENDANT: SACHA MEDINA

ADDRESS: 5411 SAN JOAQUIN PLAZA
NEWPORT BEACH CA 92660

As enumerated below:
| | | |
|---|---|---|
| Jan 26, 2021 | 8:45 am | NO ANSWER |
| Jan 28, 2021 | 12:56 pm | NO ANSWER |
| Jan 30, 2021 | 8:07 pm | NO ANSWER |
| Jan 31, 2021 | 3:28 pm | NO ANSWER |

I declare under penalty of perjury (under the laws of the State of California) that the foregoing is
true and correct.

---

Jensen Legal Services, Inc.
13781 Fairmont Way
Tustin, CA 92780
(714)541-8825
FEE: $75.00

County of ORANGE
Independent Contractor (not employee)
California Registered Process Server
Registration # 2407

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.
DATE: Feb 1, 2021

JOHN SHULTZ

Judicial Council Form, Rule # 982, (A) (23)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>ARDEN HOANG,  ESQ.  (323675)<br>RUZICKA, WALLACE & COUGHLIN, LLP<br>16520 BAKE PARKWAY #280<br>IRVINE CA 92618<br>949-759-1080<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |

| |
|---|
| NAME AND ADDRESS OF COURT<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL  JUSTICE CENTER<br>700 CIVIC CENTER DRIVE WEST<br>SANTA ANA, CA 92701 |

| | |
|---|---|
| PLAINTIFF / PETITIONER: VILLAS AT FASHION ISLAND<br>DEFENDANT / RESPONDENT: MEDINA | CASE NUMBER<br>30-2021-01179617-CU-UD-CJC |
| **DECLARATION OF DILIGENCE** | INVOICE # 1437<br>CLIENT INV # 21-0144 |

At the time of service I was 18 years of age and not a party to this action.
I, JOHN SHULTZ, have received the within process of SUMMONS AND COMPLAINT FOR AN UNLAWFUL DETAINER AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION;PLAINTIFF'S MANDATORY COVER SHEET AND SUPPLEMENTAL ALLEGATIONS - UNLAWFUL DETAINER and that after due and diligent effort I have been unable to effect service on the within named party at the following address. However, extraordinary efforts are described below.

DEFENDANT:  ALL OTHER OCCUPANTS IN POSSESSION

ADDRESS: 5411 SAN JOAQUIN PLAZA
　　　　　 NEWPORT BEACH CA 92660

As enumerated below:
| | | |
|---|---|---|
| Jan 26, 2021 | 8:45 am | NO ANSWER |
| Jan 28, 2021 | 12:56 pm | NO ANSWER |
| Jan 30, 2021 | 8:07 pm | NO ANSWER |
| Jan 31, 2021 | 3:28 pm | NO ANSWER |

I declare under penalty of perjury (under the laws of the State of California) that the foregoing is true and correct.

---

Jensen Legal Services, Inc.
13781 Fairmont Way
Tustin, CA 92780
(714)541-8825
FEE: $75.00

County of ORANGE
Independent Contractor (not employee)
California Registered Process Server
Registration # 2407

I declare under penalty of perjury (under the laws of the State of California) the foregoing is true and correct.
DATE: Feb 1, 2021

JOHN SHULTZ

Judicial Council Form, Rule # 982, (A) (23)

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action; my business address is

2559 S. Sepulveda Bl. #1, Los Angeles CA 90064, jeremy@caltenantlaw.com

On  6/1/21  , I served a true copy of:

**Notice of Removal** to:

E. Wallace, earl.wallace@rwclegal.com; A. Hoang,
arden.hoang@rwclegal.com; D. Richardson,
dess.richardson@rwclegal.com
RWC, LLP., 16520 Bake Parkway #280, Irvine CA 92618

by:

[✓] ELECTRONICALLY.  The document was served electronically under CCP § 1013b.

[✓] AS FOLLOWS.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited within U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after the date of deposit for mailing in affidavit.

I certify under penalty of perjury, under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on  6/1/21           at   Los Angeles, CA                      .

Jeremy Cook                ,

Declarant