

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 23, 2021

Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701

Re:  Case Number:  ____8:21–cv–00980–DOC–DFM____
      Previously Superior Court Case No.  ____30–2021–01179617–CU–UD–CJC____
      Case Name:  ____Villas at Fashion Island LLC v. Sacha Medina et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on  ____6/22/21____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Trina Debose_
     Deputy Clerk
     714 338 4568

*Encls.*
*cc: Counsel of record*

_____

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____                    By: _____
Date                                           Deputy Clerk

CV–103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)